UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECELIA CHMIELEWSKI and NORBERT
CHMIELEWSKI,

        Case No. 05-60082

    Plaintiffs,

        Honorable John Corbett O'Meara

v.

OLLIE SCROGGINS, *et. al.*,

    Defendants.
                                    /

**OPINION AND ORDER DENYING
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

    This matter came before the court on Plaintiffs' April 20, 2005 *ex parte* motion for temporary restraining order seeking to enjoin, among other things, the April 26, 2005 meeting of the Highland Park School Board. Plaintiff Cecelia Chmielewski alleges that her employment as a teacher with the Highland Park School District may be terminated during the business that will be conducted during the meeting.

    The court considers the following four factors in determining whether an injunction should issue: 1) whether the movant has shown a strong likelihood of success on the merits, 2) whether the movant will suffer irreparable harm if the injunction does not issue, 3) whether the issuance of an injunction would cause substantial harm to others, and 4) whether the public interest would be served by the issuance of an injunction. Leary v. Daeschner, 228 F.3d 729, 736 (6th Cir. 2000).

    In this case plaintiff Cecelia Chmielewski has filed an inarticulately drafted complaint which fails to state any of its nine causes of action with any particularity. Plaintiffs have failed to show that they have a strong likelihood of success on the merits of their claims. In addition, the United

States Court of Appeals for the Sixth Circuit has held that "[t]he loss of a job is quintessentially reparable by money damages." Overstreet v. Lexington-Fayette Urban County Gov't, 305 F.3d 566, 579 (6th Cir. 2002) (quoting Minnesota Ass'n of Nurse Anesthetists v. Unity Hosp., 59 F.3d 80, 83 (8th Cir. 1995). Furthermore, enjoining the Highland Park School Board meeting would cause substantial harm to others and not be in the public interest.

Therefore, it is hereby **ORDERED** that Plaintiffs' April 20, 2005 *ex parte* motion for temporary restraining order is **DENIED.**


        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: April 21, 2005